CHAPMAN, Respondent, v. FARGO, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Action by Louis H. Chapman against James C.

Fargo, as President of the American Express Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 160 App. Div. 913, 145 N. Y. Supp. 1117.

MERRELL, J., dissents, upon the ground that the verdict is entirely speculative, and not based upon sufficient competent evidence of damages.